UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE BARRINGTON GROUP LIMITED, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-CV-1813-B |
| CLASSIC CRUISE HOLDINGS S. DE. R.L. d/b/a REGENT SEVEN SEAS CRUISES, | § § § § § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff The Barrington Group Limited, Inc.'s ("Barrington") unopposed motion to extend the deadline to file pretrial materials. (doc. 40). By its motion, Barrington seeks to extend the deadline for all parties to file pretrial materials from January 8, 2010 to January 13, 2010. Upon consideration, the Court finds that the motion (doc. 40) should be and hereby is **GRANTED**.

Accordingly, the parties agree and the Court **ORDERS** that the deadline for filing pretrial materials shall be extended to include January 13, 2010.

SO ORDERED

SIGNED: January 8, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE